# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GREGORY GARMONG,

        Plaintiff,

vs.

THE STATE OF NEVADA, *et al.*,

        Defendants.

2:16-cv-00718-APG-VCF

**ORDER**

Before the court is Plaintiff's Motion to Withdraw as Counsel for Plaintiff Gregory Garmong (ECF No. 4).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Withdraw as Counsel for Plaintiff Gregory Garmong (ECF No. 4) is scheduled for 1:30 p.m., July 15, 2016, in courtroom 3D.

IT IS FURTHER ORDERED that Plaintiff Gregory Garmong must be present at the hearing on July 15, 2016 at 1:30 p.m.

DATED this 8th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE