UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GREGORY GARMONG,

    Plaintiff,

vs.

THE STATE OF NEVADA, *et al.*,

    Defendants.

2:16-cv-00718-APG-VCF

**ORDER**

    Before the court is Plaintiff's Motion to Continue July 15, 2016 Hearing on Motion to Withdraw (ECF No. 24). Counsel states that he will be out of town on July 15, 2016.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Continue July 15, 2016 Hearing on Motion to Withdraw (ECF No. 24) is GRANTED.

    IT IS FURTHER ORDERED that the hearing scheduled for July 15, 2016 is vacated and rescheduled to 3:00 p.m., July 19, 2016, in courtroom 3D.

    DATED this 11th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE