Robert L. Langford, Esq.
Nevada State Bar No. 3988
Robert L. Langford & Associates
616 South Eighth Street
Las Vegas, NV 89101
(702) 471-6565
robert@robertlangford.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY GARMONG,<br><br>             Plaintiff,<br><br>      v.<br><br>THE STATE OF NEVADA, ex rel. THE NEVADA SUPREME COURT, JUSTICE JAMES W. HARDESTY, in his official and individual capacities, JUSTICE KRISTINA PICKERING, in her official and individual capacities, JUSTICE MARK GIBBONS, in his official and individual capacities, JUSTICE MICHAEL A. CHERRY, in his official and individual capacities, JUSTICE MICHAEL DOUGLAS, in his official and individual capacities, JUSTICE NANCY M. SAITTA, in her official and individual capacities, and JUSTICE RON D. PARRAGUIRRE, in his official and individual capacities,<br><br>             Defendants | Case No.: 2:16-cv-00718-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br><br>**ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Gregory Garmong, by and through his counsel, Robert L. Langford, Esq., and Defendants the State of Nevada, James W. Hardesty, Kristina Pickering, Mark Gibbons, Michael A. Cherry, Michael Douglas, Nancy M. Saitta, and Ron D. Parraguirre, by and through their counsel, Jennifer Hostetler, that, pursuant to Local Rules IC 5-1(d), IA 6-1, IA 6-2, and 7-1, the time within

1

which Plaintiff Gregory Garmong may respond to Defendants' Motion to Dismiss be extended from the present deadline of August 1, 2016, to September 2, 2016, as follows:

    1.    Defendants' filed their Motion to Dismiss (Dkt. no. 28) on July 15, 2016. Plaintiff Garmong's response is presently due August 1, 2016.

    2.    Counsel for Plaintiff has been required to be out of state for significant portions of the interval between July 15 and August 1, 2016.

    3.    Further, counsel for Plaintiff Garmong recently moved to withdraw, which motion was denied without prejudice.

    4.    Therefore, the parties agree to extend the time within which Plaintiff Garmong may respond to Defendants' Motion to Dismiss to September 2, 2016.

    5.    This is the first request for an extension of time for the Response to Defendants' Motion to Dismiss.

///

///

///

///

///

///

///

///

///

///

Therefore, the parties agree and request that the Court extend the time within which Plaintiff Garmong may file his Response to Defendants' Motion to Dismiss to September 2, 2016.

IT IS SO STIPULATED, this 1st day of August, 2016.

| | |
|---|---|
| */s/ Robert L. Langford, Esq.* | */s/ Jennifer Hostetler* |
| Robert L. Langford, Esq. | Adam Laxalt |
| Nevada State Bar No. 3988 | Nevada Attorney General |
| Robert L. Langford & Associates | Jennifer Hostetler |
| 616 South Eighth Street | Chief Deputy Attorney General |
| Las Vegas, NV 89101 | Nevada Bar No. 11994 |
| (702) 471-6565 | Brandon R. Price |
| robert@robertlangford.com | Deputy Attorney General |
| *Attorney for Plaintiff* | Nevada Bar No. 11686 |
| | 555 E. Washington Ave., Suite 3900 |
| | Las Vegas, NV 89101 |
| | (702) 486-3420 |
| | Fax: (702) 486-3773 |
| | jhostetler@ag.nv.gov |
| | bprice@ag.nv.gov |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 2, 2016.

3