ADAM PAUL LAXALT
Attorney General
JENNIFER K. HOSTETLER
Chief Deputy Attorney General
Nevada State Bar No. 11994
BRANDON R. PRICE
Deputy Attorney General
Nevada State Bar No. 11686
555 E. Washington Ave., Ste. 3900
Las Vegas, NV  89101
T:  (702) 486-3420
F:  (702) 486-3773
jhostetler@ag.nv.gov
bprice@ag.nv.gov
*Attorneys for Defendants, State of Nevada ex. rel.*
*The Nevada Supreme Court, Justice James Hardesty,*
*Justice Kristina Pickering, Justice Mark Gibbons,*
*Justice Michael Cherry, Justice Michael Douglas,*
*Justice Nancy Saitta, Justice Ron Parraguirre*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY GARMONG, an individual,<br><br>           Plaintiff,<br>     v.<br><br>STATE OF NEVADA, ex rel. THE NEVADA SUPREME COURT, JUSTICE JAMES W. HARDESTY, in his official and individual capacities, JUSTICE KRISTINA PICKERING, in her official and individual capacities, JUSTICE MARK GIBBONS, in his official and individual capacities, JUSTICE MICHAEL A. CHERRY, in his official and individual capacities, JUSTICE MICHAEL DOUGLAS, in his official and individual capacities JUSTICE NANCY M. SAITTA, in her official and individual capacities, and JUSTICE RON D. PARRAGUIRRE, in his official and individual capacities,<br><br>           Defendants. | Case No.:  2:16-cv-00718-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Defendants, State of Nevada on relation of the Nevada Supreme Court, Justice James W. Hardesty, Justice Kristina Pickering, Justice Mark Gibbons, Justice Michael A. Cherry, Justice Michael Douglas, Justice Nancy M. Saitta, and Justice Ron D. Parraguirre (collectively "Defendants"), by and through their counsel, Adam Paul Laxalt, Nevada Attorney General, Chief Deputy Attorney General

Jennifer K. Hostetler, and Deputy Attorney, General Brandon R. Price, and Plaintiff, Gregory Garmong, by and through his counsel, Robert L. Langford, Esq., and pursuant to Local Rules IA 6-1 and IA 6-2, hereby stipulate that Defendants shall have an extension of time from September 19, 2016, to October 3, 2016, within which to file their reply memorandum of points and authorities in support of their Motion to Dismiss Plaintiff's Complaint, as follows:

1. Defendants filed their Motion to Dismiss (ECF No. 28) on July 15, 2016. The original deadline for Plaintiff's opposition was August 1, 2016. The Court granted Plaintiff two extensions of time, up to and including September 9, 2016, to file his opposition.

2. The current deadline for Defendants to file their reply brief is September 19, 2016.

3. Defendants are requesting an extension of time to file their reply brief due to pre-existing professional obligations, scheduling and work load issues.

4. The parties stipulate and agree to extend the time within which Defendants may file their reply in support of their Motion to Dismiss, up to and including, October 3, 2016.

5. This is the first extension of time requested by Defendants on their Motion to Dismiss, but the third stipulation for an extension overall by the parties.

**ORDER**

IT IS SO ORDERED.

Dated: September 15, 2016.

_____
UNITED STATES DISTRICT JUDGE

1  IT IS SO STIPULATED, this 14th day of September, 2016.

| ADAM PAUL LAXALT | ROBERT L. LANGFORD & |
| Attorney General | Associates |

By: */s/ Jennifer K. Hostetler*         */s/ Robert L. Langford*
  JENNIFER K. HOSTETLER          ROBERT L. LANGFORD, ESQ.
  Chief Deputy Attorney General      Nevada Bar No. 3988
  Nevada Bar No. 11994           616 South Eighth Street
  BRANDON R. PRICE             Las Vegas, NV 89101
  Deputy Attorney General         (702) 471-6565
  Nevada Bar No. 11686           robert@robertlangford.com
  555 E. Washington Ave., Ste. 3900    *Attorneys for Plaintiff*
  (702) 486-3420
  jhostetler@ag.nv.gov
  *Attorneys for Defendants*

DATED: _____    IT IS SO ORDERED:

                                  _____
                                  UNITED STATES DISTRICT JUDGE