# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY GARMONG, | Case No. 2:16-cv-00718-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | (ECF No. 49) |
| THE STATE OF NEVADA, et al., | |
| Defendants. | |

The Ninth Circuit has withdrawn the mandate it issued on March 19, 2018 "as issued in error." ECF No. 50. Therefore, my Order on Mandate (ECF No. 49), based upon the Ninth Circuit's mandate, is hereby stricken.

Dated: April 20, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE